# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

U.S. Securities and Exchange Commission
          Plaintiff

V.

    Songjiang Wang
          Defendant

CIVIL ACTION

NO.  1:19-12557-WGY

## SETTLEMENT ORDER OF DISMISSAL

Young, DJ

    The Court having been advised on  April 15, 2021  that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                                    By the Court,

 April 20, 2021                             /s/ Jennifer Gaudet
Date                                              Deputy Clerk